**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| D. JAMES HADEL, *et al.*, ) | Case No.: 2:06-cv-01032-RLH-RJJ |
| Plaintiffs, ) | **SUPPLEMENTAL O R D E R** |
| vs. ) | (Motion to Consolidate–#266) |
| WILLIS ROOF CONSULTING, INC., *et al.*, ) | |
| Defendants. ) | |

Earlier today, February 7, 2011, the Court inadvertently issued an order (#275) on Defendants' **Motion to Consolidate** (#266) before Defendants had the opportunity to file a reply. Defendants have now filed a reply (#276). The Court has considered Defendants reply and finds no reason to change its previous order (#275). Moreover, it appears from the reply that one of Defendants' purposes in seeking to consolidate the cases was to avoid Plaintiffs' efforts to remand the Second Lawsuit. A desire to avoid remand is not a proper basis on which to consolidate.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that the Court's Order (#275), entered on February 7, 2011, is the correct and final order for Defendants' Motion to Consolidate (#266).

Dated: February 7, 2011

_____
ROGER L. HUNT
Chief United States District Judge

AO 72
(Rev. 8/82)

1