**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 00175
DARYL E. MARTIN, ESQ.
Nevada Bar No. 06735
WESLEY J. SMITH, ESQ.
Nevada Bar No. 11871
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone:  (702) 255-1718
Facsimile:  (702) 255-0871
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL ROOFING INDUSTRY PENSION PLAN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIS ROOF CONSULTING, INC., *et al.*, <br><br> Defendants. | Case No. 2:06-cv-01032-RLH-VCF |

**STIPULATION AND ORDER DISMISSING CASE**

All parties to this case, including Brian D. Shapiro, Bankruptcy Trustee speaking for Defendant Willis Roof Consulting, Inc., each acting through their respective counsel of record, do hereby stipulate, agree and request the Court's Order dismissing this Case in its entirety. The parties agree that this dismissal shall in no way affect other proceedings and shall not prevent the parties from continuing to pursue claims or issues presented in the pending Bankruptcy case of Willis Roof Consulting, Inc. [Case No.  10-16193-BTB].  Each party shall pay its own fees and costs incurred. DATED this 3rd day of May, 2013.

CHRISTENSEN JAMES & MARTIN

By:  */s/ Daryl E. Martin*
Daryl E. Martin, Esq.
Nevada Bar No. 006735
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: dem@cjmlv.com
*Attorneys for Plaintiffs*

1  DATED this 25th day of April, 2013.

LAW OFFICE OF BRIAN D. SHAPIRO, LLC

By: /s/ Kathryn Holbert
Kathryn Holbert, Esq.
Nevada Bar No. 10084
228 South 4th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 386-8600
Email: kholbert@brianshapirolaw.com
*Attorneys for Brian D. Shapiro, Bankruptcy Trustee [Willis Roof Consulting, Inc., Case No. 10-16193-BTB]*

DATED this 26th day of April, 2013.

GREENBERG TRAURIG, LLP

By: /s/ Kara B. Hendricks
Kara B. Hendricks, Esq.
Nevada Bar No. 007743
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Email: hendricksk@gtlaw.com
*Attorneys for Defendants Joseph A. Willis, individually and as Trustee of the Joe mar Irrevocable Trust, as Trustee Under an Agreement Dated June 24, 1997, and As Trustee of the Joseph Arthur Willis Separate Property Trust and Marie Willis, individually and as Trustee of the Willis J&M 1990 Living Trust Agreement*

--------------------

IT IS SO ORDERED.

DATED this 6th day of May, 2013

_____
UNITED STATES DISTRICT JUDGE

-2-